1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    YESENIA VARGAS,                          Case No.   1:24-cv-00951-JLT-EPG

10                    Plaintiff,

11        v.                                  ORDER REGARDING NOTICE OF
                                              SETTLEMENT
12    FORD MOTOR COMPANY,
                                              (ECF No. 18)
13                    Defendant.

14

15

16          In this removed case, Plaintiff Yesenia Vargas alleges that Defendant Ford Motor

17   Company violated multiple provisions of the Song-Beverly Consumer Warranty Act. Now before

18   the Court is the parties' notice of settlement:

19           **PLEASE TAKE NOTICE** that Plaintiff, YESENIA VARGAS, and Defendant,
             FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court
20           that they have settled this matter; however, the attorneys' fees, costs, and expenses
             remain outstanding, and Plaintiff intends to file a noticed motion. The Parties
21           request that the Court vacate any upcoming hearings and deadlines while the
             performance of the settlement terms is pending.
22

23           Once all terms of the settlement are completed and payment is received by
             Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be
24           determined by agreement of the Parties or by noticed motion, the Parties shall file
             an executed Stipulation of Dismissal of the entire action with prejudice. The
25           Parties expect to file the dismissal papers within 90 days.

26           Based on the foregoing, the Parties respectfully request that the Court Order that
             this action be dismissed without prejudice and the Court continue to retain
27           jurisdiction over this action to enforce the terms of the settlement agreement.

28   (ECF No. 18, p. 2).

                                                1

Upon consideration, the Court will vacate all upcoming deadlines and court proceedings while the parties finalize their settlement. Further, the Court will set a deadline for any motion for attorney fees to be filed. However, the Court will not dismiss this action without prejudice at this time as the parties' request. Rather, the Court will direct the parties to file their anticipated stipulation of dismissal with prejudice within 30 days after a final ruling on any motion for attorney fees, or within 30 days after the deadline expires to file such a motion.

Accordingly, IT IS ORDERED as follows:

1. In light of the parties' notice of settlement, all upcoming deadlines and court proceedings are vacated. (ECF Nos. 14, 18).

2. Plaintiff shall file any motion for attorney fees within 60 days of the entry of this order.

3. Within 30 days after a final ruling on any motion for attorney fees, or within 30 days after the deadline expires to file such a motion, the parties shall file their anticipate stipulation of dismissal with prejudice.

IT IS SO ORDERED.

Dated:   __September 3, 2025__          _____/s/ Erica P. Grosjean_____
                                        UNITED STATES MAGISTRATE JUDGE