UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA VARGAS,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 1:24-cv-00951-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 20). |

    On November 13, 2025, the parties filed a joint stipulation dismissing this action with prejudice.

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, YESENIA VARGAS, and Defendant, FORD MOTOR COMPANY, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

    Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

(ECF No. 20, p. 1).

    In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

1

Further, as the parties request, the Court retains jurisdiction over the terms of their settlement. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __November 17, 2025__         /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2